IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:14CV87-RLV

| | |
|---|---|
| **FELIX BYRD**, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | )     **ORDER** <br> ) |
| **CAROLYN W. COLVIN**, <br> Acting Commissioner of Social Security, <br> Defendant. | ) <br> ) <br> ) <br> ) |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings.

On remand, the Commissioner will consider the opinion of Dr. Herrera and reevaluate Plaintiff's mental impairment; reevaluate evidence from Dr. Hillman and Dr. Virgili, and determine the extent of Plaintiff's manipulative limitations, if any; further consider Plaintiff's residual functional capacity; reevaluate at step five of the sequential evaluation Plaintiff's ability to perform work; and obtain vocational expert testimony, if warranted.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Signed: December 2, 2014

Richard L. Voorhees
United States District Judge