IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:14CV87-RLV

| | |
|---|---|
| **FELIX BYRD,** )<br>　**Plaintiff,** )<br>　　　　　)<br>　v. )<br>　　　　　)<br>**CAROLYN W. COLVIN,** )<br>**Acting Commissioner of Social Security,** )<br>　**Defendant.** ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees, filed on December 22, 2014. (Doc. 11). By Response filed on December 31, 2014, the Defendant advises that she does not oppose an award of legal fees in the amount of $2,457.76, plus the $400.00 court filing fee, provided that this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d). (Doc. 12).

　　**NOW THEREFORE, IT IS ORDERED:**

　　1.　Plaintiff's Motion for Attorney Fees (Doc. 11) is **GRANTED**. Accordingly, Plaintiff shall be paid the sum of $2,457.76 for attorney fees, plus the $400.00 court filing fee.

　　2.　No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

　　3.　The Clerk is directed to serve copies of this Order to counsel for the parties.

　　　　　　　　　　Signed: January 5, 2015

Richard L. Voorhees
United States District Judge